

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE NATURAL GAS SERVICES GROUP, INC. and CHARLES A. PEREZ, | § | No. 08-25-00157-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on the motion to dismiss. We grant the motion and dismiss the petition for writ of mandamus as moot. This decision shall be certified below for observance.

IT IS SO ORDERED this 17th day of June 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.